In the Matter of the Judicial Settlement of the Accounts of Proceedings of BANK OF MANHATTAN TRUST COMPANY, as Executor of the Last Will and Testament of FRANKLIN H. KALBFLEISCH, Deceased, and as Trustee of the Respective Trusts Created under Paragraphs " Second," " Third " and " Eleventh " of Said Will. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY and BANK OF MANHATTAN TRUST COMPANY, Appellants; AUGUSTA S. KALBFLEISCH, Respondent. (Appeal No. 1.) — Order of the acting surrogate of Suffolk county granting in part and denying in part a motion for examination and production affirmed, in so far as appealed from, with ten dollars costs and disbursements, payable out of the estate, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

In the Matter of the Judicial Settlement of the Accounts of Proceedings of BANK OF MANHATTAN TRUST COMPANY, as Executor of the Last Will and Testament of FRANKLIN H. KALBFLEISCH, Deceased, and as Trustee of the Respective Trusts Created under Paragraphs " Second," " Third " and " Eleventh " of Said Will. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant; AUGUSTA S. KALBFLEISCH, Respondent. (Appeal No. 2.) — Order of the acting surrogate of Suffolk county modified as follows: To require the appellant to supply a bill of particulars (a) stating whether the permission, consent, approval and ratification pleaded are oral or in writing; (b) if such permission, consent, approval and ratification are contained in a written agreement, setting forth a copy thereof, and if contained in an oral agreement, stating the substance thereof; (c) stating the general nature of the facts constituting the permission, consent, approval and ratification pleaded, if based upon respondent Kalbfleisch's conduct. The bill of particulars will be furnished within ten days after the examination before trial of respondent Kalbfleisch shall have been completed. As so modified the order, in so far as appealed from, is affirmed, with ten dollars costs and dis-

bursements to appellant, payable out of the estate. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.